IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JILL TILLEY                                                                                     PLAINTIFF

VS.                             CASE NO. 3:07CV00054 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration
DEFENDANT

## ORDER

The Plaintiff, through counsel, has filed a motion to extend the time to file an appeal brief (DE #13). For good cause shown, the time is extended to and including, October 26, 2007.

SO ORDERED this 28th day of September, 2007.

_____
UNITED STATES MAGISTRATE JUDGE