**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**


JILL TILLEY                                             Plaintiff

v.                              3:07CV00054 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                               Defendant

<u>**ORDER**</u>


Pursuant to the Mandate of the Court of Appeals, this case is hereby remanded to the Commissioner for further proceedings in accordance with the Opinion of the Court of Appeals.

IT IS SO ORDERED.

DATED this 27th day of October, 2009.




_____
UNITED STATES MAGISTRATE JUDGE